UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10-CR-117-H

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER |
| v. | |
| MICHAEL DELOS HAMILTON | |

On motion of the Defendant, Michael Hamilton, and for good cause shown, it is hereby
ORDERED that the Motion for Downward Departure or Variance [DE-77] be sealed until further
notice by this Court.

Accordingly, it is ORDERED that this documents be filed under seal and to remain so
sealed until otherwise ordered by the Court, except that copies may be provided to the Special
Assistant United States Attorney and Counsel for the Defendant.

IT IS SO ORDERED.

This 6th day of September, 2011.

MALCOLM J. HOWARD
Senior United States District Judge